UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ADAME,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 08-5271 PJH

**BRIEFING ORDER**

On November 20, 2008, petitioner Manuel Adame ("Adame"), a state prisoner represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was fully briefed on February 19, 2009. On June 2, 2009, the state filed a motion to dismiss the petition as moot because on March 23, 2009, the California Board of Parole ("Board") granted Adame parole. Petitioner is ordered to file an opposition, if any, to the state's motion to dismiss **no later than June 10, 2009**. The state may file a reply, if any, **no later than June 17, 2009.**

**IT IS SO ORDERED.**

Dated: June 3, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge