UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ADAME,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 08-5271 PJH

**BRIEFING ORDER**

On November 20, 2008, petitioner Manuel Adame ("Adame"), a state prisoner represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 27, 2010 respondent advised the court that Adame was released on parole on August 5, 2010 after the California Board of Parole ("Board") granted Adame parole and the Governor declined to review the Board's decision.  Respondent urges the court to deny Adame's petition as moot now that he had been released.  Adame is ordered to file a supplemental brief addressing whether his petition is moot now that he has been released **no later than Wednesday, September 15, 2010.**  The state may file a reply, if any, **no later than September 22, 2010.**

**IT IS SO ORDERED.**

Dated: August 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge