UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ADAME,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.

_____/

No. C 08-5271 PJH

**JUDGMENT**

    The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: February 10, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge